# Court of Appeals
# of the State of Georgia

ATLANTA, __August 14, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0489.  JACKIE OWENS v. THE STATE.**

Jackie Owens has filed a pro se application for discretionary appeal from the trial court's order denying his motion to withdraw his plea in a revocation action.  The trial court's order was entered on May 31, 2013, and Owens filed his application on July 17, 2013.

We lack jurisdiction because Owens's application is untimely.  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Owens filed his application 47 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/14/2013__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*